FILED
2007 MAR 14 PM 2:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTIN MARIE BAUMAN-ARMELIN,<br><br>    Defendant. | Cr. No. 06-0819GT<br><br>**ORDER** |

    On December 2, 2006, Defendant, Kristin Marie Bauman-Armelin ("Ms. Bauman"), filed a Motion, pursuant to Federal Rules of Criminal Procedure 35(b), for a reduction in her sentence. On March 13, 2007, the Government filed a Response and Opposition to Ms. Bauman's Motion. The Court has fully considered this matter, including a review of the briefs filed and the arguments presented. For the reasons stated below, Ms. Bauman's Motion for Reduction of Sentence is **DENIED.**

//

//

First, this Court currently lacks jurisdiction to rule on the merits of Ms. Bauman's Motion. Ms. Bauman filed a Notice of Appeal on September 19, 2006 and the case is currently still on appeal. Essentially, the filing of the Notice of Appeal divests this Court of jurisdiction to decide Ms. Bauman's Motion until the appeal has been resolved.

Second, even if the Court had jurisdiction, Ms. Bauman's Motion would be denied. Ms. Bauman improperly brought her Motion for Reduction of Sentence under Federal Rule of Criminal Procedure 35(b). Under Rule 35(b) only the Government may file a Motion for Reduction of Sentence based on substantial assistance, not a defendant. Also, Ms. Bauman's listed reasons for requesting a reduction of sentence are not because of her assistance to Government, but because of her personal circumstances and concerns for her family. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Reduction of Sentence is **DENIED.**

March 14, 2007
date

GORDON THOMPSON, JR.
United States District Judge

cc:  All counsel and parties without counsel